UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cv-00769-MEO-DCK

| | | |
|---|---|---|
| **OLEG KHARCHENKO, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on a Motion to Proceed as Next Friend of Oleg Kharchenko, filed by his son Dmytro Kharchenko (Doc. No. 3).

Plaintiffs, Mecklenburg County residents Oleg Kharchenko, his wife Tetiana Kharchenko, and their son Dmytro Kharchenko, are all citizens of Ukraine. On September 25, 2026, Tetiana and Dmytro filed this action to compel Defendants to rule on Oleg's I-589 application for asylum and withholding of removal. Dmytro appears on his own behalf, as well as Oleg's next friend because Oleg is being detained and his signature was unavailable at the time of filing. (*See* Doc. No. 3). The Plaintiffs have filed an Emergency Motion for Temporary Restraining Order which has been scheduled for a hearing on October 6, 2026. (*See* Doc. No. 4).

The Motion to Proceed as Next Friend is insufficient in that it is unsigned. *See* Fed. R. Civ. P. 11. The Plaintiffs will be granted the opportunity to cure that defect by signing the Motion, so that it may be addressed at the October 6 hearing.

Should the Plaintiffs fail to timely comply, the Motion for Leave to Proceed as Next Friend will be denied and Oleg may be dismissed from this action without further notice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs must sign the Motion to Proceed as Next Friend of Oleg Kharchenko (Doc. No. 3) within **five (5) days** of this Order.

Should the Plaintiffs fail to timely comply, the Motion for Leave to Proceed as Next Friend will be denied, and Oleg may be dismissed from this action without further notice.

The Clerk is respectfully instructed to mail a copy of this Order to Plaintiffs Dmytro Kharchenko and Tetiana Kharchenko, and to transmit a copy to: Oleg Kharchenko, A-216-349-340, Etowah County Jail, Gadsden AL, 35901.

**SO ORDERED**.

Signed: September 28, 2026

Matthew E. Orso
United States District Judge